## INDEX OF EXHIBITS

A.	Business Deposit Account Agreement

B.	General Deposit Resolution for Single Member or Manager Managed LLC's