General Deposit Resolution for Single Member or Manager Managed LLC's

I, the undersigned, as (1) Sole Member _____ or (2) Manager  X  (Please indicate by placing an "x" after the correct designation) of M57 Telegraph Rtpl. Et an LLC (hereinafter called the "LLC"), located at 4921 Leafdale BLVD  Royal Oak MI 48073
(Principal Place of Business)

State where formed:

Michigan

**DO HEREBY CERTIFY** that:

• This LLC was incorporated by filing Articles or a Certificate of Organization pursuant to the relevant statutory authority for the creation of LLCs and it is **RESOLVED**, that:

1. Charter One (hereinafter referred to as 'Bank') be and is hereby designated as a provider of banking services to this LLC;

2. The following persons (Indicate below the full names of the signatories) are authorized:

a. To open deposit accounts at Bank;
b. To contract for any services offered by Bank, including (without limitation) electronic account access and management services;
c. To submit for deposit and/or collection for the account of this LLC all checks, drafts, notes or other instruments for the payment of money; and the bank is authorized to accept such instruments, whether or not endorsed by any person or by stamp or other impression in the name of the LLC, without inquiry as to the circumstances
of the endorsement or lack of endorsement or the disposition of the proceeds.
d. To make deposits of currency for the account of this LLC;
e. To sign checks, drafts or other orders with respect to any funds to the credit of this LLC, including checks, drafts or orders in favor of any individual designated above, and to issue stop payment instructions with reference to any of the above;
f. To make withdrawals or transfers of funds from accounts in the name of this LLC, and to transfer funds between such accounts, by any means authorized by Bank.
g. To conduct any and all other lawful business with Bank.

3. The designated authorized person(s) in this Resolution are individually empowered to delegate to other persons the authority to perform transactions with respect to the accounts of this LLC and to change and revoke such delegations from time to time; the Bank is entitled to rely upon such delegations of authority and to accept instructions from such other persons as being fully authorized by this LLC.

4. That this LLC acknowledges and agrees that all accounts are subject to the rules, regulations, charges and fees of Bank contained in the Bank's Business Deposit Agreement and Schedule of Fees and Charges and any other account agreements it receives, and any modification(s) or amendment(s) of same, with the same effect as if each and every term thereof were set forth in full herein.

5. The LLC ratifies and confirms any and all transactions with the Bank prior to the date of this Resolution.

6. The authority granted herein shall remain in full force and effect until revoked or modified by a properly executed new Resolution of the LLC delivered to the Bank at the location wherein the account(s) of the LLC is then maintained and the Bank has a reasonable opportunity to act on it. Any such notice shall not affect the validity of any transaction in process at the time the notice is received.

RETAIN IN BRANCH



EXHIBIT B

7. The LLC certifies that the provisions in this Resolution are in conformity with the statutes applicable to, or organizational documents of the LLC. Any provision hereof which may prove unenforceable under any law shall not affect the validity of any other provision hereof.

**I FURTHER CERTIFY** that the signatures and/or facsimile signatures appearing below and on the Bank's signature card are those of the authorized signers designated above and that each said individual is legally empowered to exercise the authority provided for in this Resolution.

| Printed Name | Title | Specimen Signature |
|---|---|---|
| X  Fawzi Simon | President | *(signed)* |
| Printed Name | Title | Specimen Signature |
| Printed Name | Title | Specimen Signature |
| Printed Name | Title | Specimen Signature |

IN WITNESS WHEREOF, I have this day subscribed my name and affixed the seal of the LLC.

Sole Member or Manager                                             Date

X  *(signed)*                                                       2-28-11